IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:24-cv-01341-TPB-UAM

ALEX EVERS,

    Plaintiff,

v.

THE SPORTS MALL, LLC d/b/a
SPORTSCOLLECTIBLES.COM and
DAVIS & DARNELL COMPUTER
SERVICES LLC d/b/a NITTANY WEB
WORKS,

    Defendants.

## PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY OR VIA ZOOM AT THE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Alex Evers ("Plaintiff"), through undersigned counsel, hereby moves this Court for permission to appear telephonically or via Zoom at the Initial Case Management Conference (the "CMC") on September 25, 2024 and states as follows:

1.    On August 20, 2024, the Court entered a Notice of Hearing, setting the CMC for September 25, 2024 at 9:30 a.m. to be held in person in Tampa, Florida. See D.E. 26.

2.    The request is hereby respectfully made that undersigned counsel be permitted to appear telephonically or via Zoom for the CMC in order to

accommodate undersigned counsel's current calendar and preexisting professional obligations/hearings.

3.  In addition to this CMC, undersigned counsel has another in-person hearing scheduled on September 25, 2024 in New York at 2:45 p.m.  That hearing is a pre-motion conference with respect to the Defendant's motion to dismiss, and the case is: <u>Birenbaum v. Bridgestone Retail Operations, LLC</u>, Case No. 2:24-cv-03611 (E.D.N.Y.).

4.  Mr. DeSouza is the managing partner of the law firm representing Plaintiff, as well as designated lead counsel.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) granting this motion and (b) allowing Plaintiff's counsel to attend the September 25, 2024 CMC telephonically or via Zoom.

## Local Rule 3.01(g) Certification

Before filing this Motion, undersigned counsel conferred with counsel for defendants, J. Todd Timmerman, counsel for defendant The Sports Mall, LLC d/b/a SportsCollectibles.com ("<u>Sports Mall</u>"), and Melissa Dangond, counsel for defendant Davis & Darnell Computer Services LLC d/b/a Nittany Web Works ("<u>Nittany Web</u>"), on September 9, 2024, via electronic mail. Mr. Timmerman and

Ms. Dangond represented that defendants, Sports Mall and Nittany Web, respectively, take no position on the Motion.

                                                  Respectfully submitted,

Dated: September 10, 2024.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
lauren@copycatlegal.com

By: /s/ Daniel DeSouza___
    Daniel DeSouza, Esq.
    Florida Bar No. 19291
    Lauren Hausman, Esq.
    Florida Bar No. 1035947

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: /s/ Daniel DeSouza___
    Daniel DeSouza, Esq.