**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALEX EVERS,

      Plaintiff,

v.                                         CASE NO.   8:24-cv-01341-KKM-LSG

THE SPORTS MALL, LLC, and
DAVIS & DARNELL COMPUTER SVCS LLC.

      Defendants.

_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order(s), a mediation conference was held on January 6, 2025, and the results of that conference are indicated below:

☑  All individual parties and their respective trial counsel, designated corporate representatives, and required claims professionals, if any, attended and participated in the mediation conference, and each possessed the requisite authority.

The outcome of the mediation conference was:

☑ the case has settled completely.

Dated: January 6, 2025

                                                        By: /s/ James M. Matulis
                                                        Jim@Matulismediation.com
                                                        MATULIS MEDIATION | ARBITRATION
                                                        Florida Bar No. 0077429
                                                        Chase Professional Park
                                                        10906 Sheldon Road
                                                        Tampa, FL 33626
                                                        813.451.7347

## CERTIFICATE OF SERVICE

    I hereby certify that on January 6, 2025, I electronically transmitted the attached document with the United States District Court electronic case filing system, which will electronically send copies to all counsel of record.

                                                                */s/ James Matulis*  
                                                                James Matulis, Esq.